IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                      Criminal Action No.
                                          21-00194-01-CR-W-BP

PATRICK GOSS,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**: <u>Count One</u>: Conspiracy to Distribute Heroin and Fentanyl, *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(B) & 846

<u>Counts Two, Six, Seven & Nine</u>: Possession of Firearm in Furtherance of Drug Trafficking Crime, *in violation of* 18 U.S.C. § 924(c)(1)(A)

<u>Count Three</u>: Possession with Intent to Distribute Heroin and Fentanyl, *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(C)

<u>Count Five</u>: Possession with Intent to Distribute Fentanyl and Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(1)(C)

**TRIAL COUNSEL**:
    Government: Byron Black
    Case Agent: KCPD Detective Kirstin Jorgenson
    Defense: Lesley Smith

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 20-21 with stipulations; 25 without stipulations
    Defense: 2-3 witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government: approximately 50 exhibits
    Defense: approximately 10 additional exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        (  ) Definitely for trial                        (  ) Possibly for trial
        (  ) Motion to continue to be filed      ( x ) Likely a plea will be worked out

**TRIAL TIME**: **4 days**
     Government's case including jury selection: 3 ½ days
     Defense case: ½ day

**STIPULATIONS**:
        (  )    not likely
        (  )    not appropriate
        (  )    likely as to:
                ( x )    chain of custody
                (  )    chemist's reports
                (  )    prior felony conviction
                (  )    interstate nexus of firearm
                ( x )    firearm function

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

     **Witness and Exhibit Lists**:
     Government: August 7, 2023
     Defense: August 7, 2023
     **Counsel are requested to list witnesses in alphabetical order on their witness list.**

     **Exhibit Index, Voir Dire, Jury Instructions**: August 7, 2023
     **Jury instructions must comply with Local Rule 51.1**

     **Motions in Limine**: August 7, 2023

**TRIAL SETTING**: Criminal jury trial docket commencing August 21, 2023
     **Please note**:   *Any conflicting settings on trial docket?*

**OTHER**:
        (  )    A _____-speaking interpreter is required.
        (  )    Other assistive devices: _____

     **IT IS SO ORDERED.**

                                                 */s/ Jill A. Morris*
                                                 JILL A. MORRIS
                                                 United States Magistrate Judge